IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:08CR470** |
| vs. | |
| MICHAEL L. FIELDS, | **ORDER** |
| Defendant. | |

This matter is before the Court on the defendant's MOTION for Copies (Filing No. 60). The defendant requests a copy of his Sentencing Transcript and Docket Sheet. Upon review of the case file, the Court notes that the defendant was sentenced on August 14, 2009 (Filing No. 38) and Judgment was entered on September 1, 2009 (Filing No. 41). No appeal was timely filed. The defendant has not set forth a valid reason why copies of his docket sheet should be provided without payment, therefore, the defendant's Motion for Copies (Filing No. 60) will be denied at this time. However, a transcript of the sentencing proceedings held in this case was prepared and filed on July 28, 2012 (Filing No. 51). Copies of the transcript can be provided to the defendant at $0.50 per page (18 pages) for a total of $9.00. The defendant's docket sheet is 8 pages in length, and can be provided to the defendant at $0.50 per page for a total of $4.00. No copies shall be provided without pre-payment.

**IT IS ORDERED:**

1. The defendant's MOTION for Copies [60] is denied at this time.

2. Copies of the sentencing transcript can be provided to the defendant at $0.50 per page (18 pages) for a total of $9.00. The defendant's docket sheet is 8 pages in length, and can be provided to the defendant at $0.50 per page for a total of $4.00. No copies shall be provided without pre-payment.

3. The Clerk of the Court is directed to mail a copy of this order to the defendant at his last known address.

Dated this 11th day of April, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge