IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:08CR470 |
| v. | |
| MICHAEL L. FIELDS, | ORDER |
| Defendant. | |

This matter is before the court on the Federal Public Defender's motion to withdraw as counsel, Filing No. 66. The court is advised the defendant is not eligible for relief under the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194 (115th Cong. Dec. 21, 2018), because he has been released and is currently on supervised release. Because his statutory mandatory minimum range of imprisonment does not change, his term of supervised release does not change. Accordingly,

IT IS ORDERED that the Federal Public Defender's motion to withdraw as counsel (Filing No. 66) is granted.

Dated this 14th day of March, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge